IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARIQ S. HAMMETT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | : | NO. 11-3172 |
| Defendant. | : | |

# ORDER

AND NOW, this 30th day of *August*, 2011, upon consideration of Defendant AllianceOne Receivables Management, Inc.'s Motion to Dismiss Plaintiff Tariq S. Hammett's Complaint (Docket No. 3); Plaintiff's Response in Opposition (Docket No. 6); Defendant's Reply Brief (Docket No. 8); and Plaintiff's Motion for Leave to File a Sur-Reply Brief (Docket No. 9), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Sur-Reply Brief (Docket No. 9) is **GRANTED**. The proposed Sur-Reply Brief attached to Plaintiff's Motion shall be deemed filed as of the date of this Order.

2. Defendant's Motion to Dismiss (Docket No. 3) is **GRANTED**. This case is **DISMISSED** in its entirety.

BY THE COURT:

*S/ RONALD L. BUCKWALTER*
RONALD L. BUCKWALTER, S.J.